In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-314 CR


____________________



LESTER RAY JENKINS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 07-01906






MEMORANDUM OPINION


 On June 16, 2008, the trial court sentenced Lester Ray Jenkins on a conviction for
arson. Jenkins filed a notice of appeal on July 11, 2008. The trial court entered a
certification of the defendant's right to appeal in which the court certified that this is a plea-bargain case and the defendant has no right of appeal. See Tex. R. App. P. 25.2(a)(2). The
district clerk has provided the trial court's certification to the Court of Appeals.

 On July 16, 2008, we notified the parties that we would dismiss the appeal unless an
amended certification was filed within fifteen days of the date of the notice and made a part
of the appellate record. See Tex. R. App. P. 25.2(f). The record has not been supplemented
with an amended certification.

 Because the record does not contain a certification that shows the defendant has the
right of appeal, we must dismiss the appeal. See Tex. R. App. P. 25.2(d). Accordingly, we
dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED.

 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered October 1, 2008

Do not publish


Before Gaultney, Kreger, and Horton, JJ.